AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CARETOLIVE )
a not for profit corporation )
        Plaintiff(s) ) **APPEARANCE**
)
)
        vs. ) CASE NUMBER  1:07-mc-00316-RCL
ANDREW VON ESCHENBACH, )
Commissioner of the FDA, et al. )
        Defendant(s) )


To the Clerk of this court and all parties of record:

Please enter the appearance of   Sharon L. Davis   as counsel in this
                                (Attorney's Name)

case for:   Cancer Letter, Paul Goldberg and Kirsten Goldberg
                    (Name of party or parties)


| | |
|---|---|
| August 17, 2007 | *Sharon L. Davis* (signature) |
| Date | Signature |
| | Sharon L. Davis |
| | Print Name |
| Bar No. 439223 | 1425 K Street, N.W., Suite 800 |
| BAR IDENTIFICATION | Address |
| | Washington, DC  20005 |
| | City   State   Zip Code |
| | 202-783-6040 |
| | Phone Number |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following **ENTRY OF APPEARANCE OF SHARON L. DAVIS** was served this 22nd day of August, 2007 by First Class, U.S Mail, postage pre-paid on the following counsel for Plaintiff:

        Kerry M. Donahue
        Bellinger & Donahue
        6295 Emerald Parkway
        Dublin, Ohio 43106

*/s/ Patrick Collares*
Patrick Collares