# United States District Court
# For the District of Columbia

CARETOLIVE
a not for profit corporation                )
           Plaintiff(s)                )
                           )
                           )
          vs.                )
ANDREW VON ESCHENBACH,                )
Commissioner of the FDA, et al.                )
          Defendant(s)                )

**APPEARANCE**

CASE NUMBER     1:07-mc-00316-RCL

To the Clerk of this court and all parties of record:

Please enter the appearance of   Steven Lieberman   as counsel in this
                                  (Attorney's Name)

case for:  Cancer Letter, Paul Goldberg and Kirsten Goldberg
                            (Name of party or parties)

August 17, 2007
Date

Bar No. 439783
BAR IDENTIFICATION

Signature

Steven Lieberman
Print Name

1425 K Street, N.W., Suite 800
Address

Washington, DC  20005
City        State        Zip Code

202-783-6040
Phone Number

# RECEIVED

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following **ENTRY OF APPEARANCE OF STEVEN LIEBERMAN** was served this 22nd day of August, 2007 by First Class, U.S Mail, postage pre-paid on the following counsel for Plaintiff:

> Kerry M. Donahue
> Bellinger & Donahue
> 6295 Emerald Parkway
> Dublin, Ohio 43106

Patrick Collares