UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARETOLIVE, a not for profit corporation<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VON ESCHENBACH, Commissioner of the FDA, *et al.*,<br><br>Defendants. | Civil Action No. 07-mc-316 (RCL)<br><br>FILED<br>NOV 0 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the petition of CARETOLIVE, plaintiff in underlying litigation pending in Ohio against a third-party, Paul Goldberg, and the opposition thereto, the petition is DENIED. The subpoena petitioner seeks to enforce is facially invalid, since it was issued not by this Court, but by the United States District Court for the Northen District of Ohio. Moreover, although it appears that petitioner's conduct herein should be sanctionable, Rule 45(c)(1) of the Federal Rules of Civil Procedure provides that the Court on behalf of which the subpoena was issued shall impose the appropriate sanction, which may include a reasonable attorney's fee.

This denial is without prejudice to any motion for sanctions that Goldberg may file in Ohio.

SO ORDERED.

_____     11/5/07
United States District Judge Royce C. Lamberth       Date